UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET HAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PROENZA SCHOULER, LLC,<br><br>　　　　Defendant. | Case No. 2:25-cv-01623-SB-BFM<br><br>ORDER OF DISMISSAL |

　　　　Plaintiff Janet Han filed this action on February 26, 2025.  After she failed to timely serve Defendant within the 90-day deadline under Rule 4(m) of the Federal Rules of Civil Procedure, the Court ordered her to show cause, by June 6, why the action should not be dismissed for lack of prosecution.  Dkt. No. 10.  In its order to show cause (OSC), the Court warned that failure to timely respond "will be construed as consent to dismissal without prejudice of Plaintiff's claims."  *Id.*

　　　　Plaintiff failed to timely respond and has not filed a proof of service.  Accordingly, the Court dismisses this action in its entirety without prejudice.

　　　　A final judgment will be issued separately.

Date: June 11, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge