JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET HAN,<br><br>    Plaintiff,<br><br>v.<br><br>PROENZA SCHOULER, LLC,<br><br>    Defendant. | Case No. 2:25-cv-01623-SB-BFM<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, Plaintiff Janet Han's claims are dismissed without prejudice.

This is a final judgment.

Date: June 11, 2025

    Stanley Blumenfeld, Jr.
    United States District Judge

1